IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Lakisha Howell,

    Plaintiff(s),

vs.

Case Number: 1:18cv510

Judge Susan J. Dlott

The Ohio State Highway Patrol Subdivision, et al.,

    Defendant(s),

## ORDER

This matter is before the Court pursuant to the Order of General Reference in the United States District Court for the Southern District of Ohio Western Division to United States Magistrate Judge Stephanie K. Bowman. Pursuant to such reference, the Magistrate Judge reviewed the pleadings and filed with this Court on August 24, 2018 a Supplemental Report and Recommendations (Doc. 7). No objections were filed and the time for filing objections was September 7, 2018.

The Court has reviewed the comprehensive findings of the Magistrate Judge and considered de novo all of the filings in this matter. Upon consideration of the foregoing, the Court does determine that such Recommendation should be adopted.

Accordingly, the amended complaint is DISMISSED with prejudice pursuant to 28 U.S.C. §1915(e)(2)(B), with the exception of plaintiff's individual capacity claim against defendant Aaron Slade for malicious prosecution in violation of her Fourth Amendment rights.

IT IS SO ORDERED.

_Susan J. Dlott_
Judge Susan J. Dlott
United States District Court