IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Lakisha Howell,

    Plaintiff(s)

vs.

The Ohio State Highway Patrol Subdivision, et al.,

    Defendant(s).

Case Number: 1:18cv510

Judge Susan J. Dlott

## ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Stephanie K. Bowman filed on December 2, 2019 (Doc. 29), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired December 16, 2019, hereby ADOPTS said Report and Recommendation.

Accordingly, it is ORDERED that defendant's motion for summary judgment (Doc. 24) is GRANTED, that judgment be entered in favor of the defendant Ohio State Trooper Aaron Shade, and that this case is hereby TERMINATED from the docket of this Court.

IT IS SO ORDERED.

*Susan J. Dlott*
Judge Susan J. Dlott
United States District Court